IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACK RAY SMITH,

    Petitioner,

v.                                                     5:13cv224-WS/GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

### ORDER DENYING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed January 26, 2016. See Doc. 17. The magistrate judge recommends that Jack Ray Smith's petition for writ of habeas corpus be DENIED. Smith has filed objections (doc. 20) to the magistrate judge's report and recommendation.

Upon review of the record in light of Smith's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 17) is adopted and incorporated by reference in this order of the court.

2. Smith's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk shall enter judgment stating: "Jack Ray Smith's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this   29th   day of   March  , 2016.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE